FILED
March 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002512747

**3**

Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]
Candy Dahl Goldman, CSB No. 186031 [cdahl@DahlLaw.net]
Thomas S. Tengan, CSB No. 134052 [ttengan@DahlLaw.net]
**DAHL & DAHL, ATTORNEYS AT LAW**
2304 "N" Street
Sacramento, CA 95816-5716

Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Attorneys for Larry J. and Sandra L. John

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>**Larry J. & Sandra L. John,**<br><br>9626 Jorney Ct., Granite Bay, CA 95746<br>xxx-xx-6860/xxx-xx-8173<br><br>Debtor(s). | Case No.: 10-24175-C-7<br>DC No.: DD-01<br><br>Date: April 13, 2010<br>Time: 9:30AM<br>Judge: Christopher M. Klein<br>Courtroom: 35<br>Place: 501 I Street, 6th Fl<br>Sacramento CA 95814 |

**MOTION BY DEBTOR FOR ORDER COMPELLING TRUSTEE
TO ABANDON PROPERTY OF THE ESTATE
[11 U.S.C. §554(b)]**

1. Debtor hereby moves the court pursuant to 11 U.S.C. Section 554(b) for an order compelling the Trustee to abandon real property of the estate located at 69-1562 Puako Road, Kamuela, HI 96743, on the basis said property has no equity and is, therefore, of inconsequential value and benefit to the estate.

### I. Factual Background.

2. Larry J. John and Sandra L. John ("Debtor") filed a voluntary petition for relief under the

United States Bankruptcy Code [11 U.S.C. §101 et seq.] ("Bankruptcy Code") on or about February 22, 2010.

3. John R. Roberts was appointed was appointed to serve as Chapter 7 Trustee in Debtor's case.

4. Debtor is a 33% owner of certain real property located at 69-1562 Puako Road, Kamuela, HI 96743 and designated as Tax Map Keys: 6-9-002-004 (3); 6-9-002-024 (3) and 6-9-002-025 (3) ("Real Property"). Debtor believes the current fair market value of the Real Property is $833,000.00 as noted on Schedule A filed with this Court [*See*, Docket Item No. 1].

5. The Real Property is encumbered by debts totaling approximately $4,632,292.00, as noted on Schedule D filed with this Court [*See*, Docket Item No. 1]:

    a. Real property taxes owing to the Hawaii County Tax Collector in the approximate amount of $32,292.00.

    b. First priority deed of trust in favor of American Bank, a Montana banking corporation, securing a promissory note with a payoff balance of approximately $4,600,000.00.

6. Debtor has not exempted any equity in the Real Property pursuant to Schedule C filed with this Court [*See*, Docket Item No. 1].

7. The debts secured by the Real Property coupled with the exempt equity equal or exceed the fair market value of the Real Property, therefore, there is no non-exempt equity in the subject property.

8. At the time of filing the Chapter 7 case, Debtor was in the process of entering into a loan workout agreement with American Bank that would provide for the foreclosure of the Real Property or transfer of the Real Property in lieu of foreclosure, which cannot be completed while the asset remains property of the Chapter 7 bankruptcy estate.

9. It is necessary and essential an order compelling the Trustee to abandon the Real Property be granted so the loan workout agreement and process can proceed.

## II. The Real Property Is Burdensome or of Inconsequential Value and Benefit to the Estate.

10. 11 U.S.C. Section 554(b) provides as follows:

> On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is

of inconsequential value and benefit to the estate.

11. As set forth above, there is no non-exempt equity in the Real Property and it is, therefore, of inconsequential value and benefit to the estate.

12. The Real Property may also be burdensome to the estate due to on-going insurance or maintenance liabilities, or due to the potential tax consequences to the estate in the event the Real Property is foreclosed upon.

13. As such, the court should order the Trustee to abandon the Real Property.

WHEREFORE, Debtor prays:

1. For an order compelling the Trustee to abandon the Real Property; and,

2. For such other and further relief as the court deems proper.


Dated: __March 25, 2010__            DAHL & DAHL
ATTORNEYS AT LAW


By: __/s/Candy Dahl Goldman__
Candy Dahl Goldman
Attorneys for Larry J. & Sandra L. John